UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____ will be substituted as attorney of record for _____, _____ for all cases listed in Exhibit "A".

Date: _____      _____
                                   Signature of Former Attorney

Date: _____      _____
                                   Signature of Substituted Attorney[2]

*rev.8/1/16*

_____